# United States Court of Appeals for the Fifth Circuit

No. 22-50353
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 14, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Francisco Javier Hernandez-Cuevas,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-1016-1

Before Jolly, Jones, and Ho, *Circuit Judges*.

Per Curiam:*

Francisco Javier Hernandez-Cuevas appeals his conviction for illegal reentry and his sentence of 16 months of imprisonment and three years of supervised release. He argues for the first time on appeal that 8 U.S.C. § 1326(b) is unconstitutional because it permits the increase of a sentence beyond the otherwise-applicable statutory maximum based on facts that are

---

* This opinion is not designated for publication. *See* 5th Circuit Rule 47.5.

neither charged in the indictment nor found by a jury beyond a reasonable doubt.

Hernandez-Cuevas has filed an unopposed motion for summary disposition and a letter brief correctly conceding that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019). He states that he raises the issue only to preserve it for possible further review. Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Hernandez-Cuevas's motion is GRANTED, and the district court's judgment is AFFIRMED.